UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:
LUIS MALLET AND
BARBARA MASOUCOS
Debtors
________________________________/

Case No. 11-44974-RAM

Chapter 13

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent via certified mail on this 14TH day of March 2012 to all parties on the attached service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel. (305) 687-8008

By:*/s/Robert Sanchez*
Robert Sanchez, Esq., FBN#0442161

Nancy Herkert, Trustee
ECF Registered User

Ocwen Financial Corporation – HomEq
c/o William Erbey, CEO
1661 Worthington Rd, Ste 100
West Palm Beach, FL 33409

Ocwen Financial Corporation – HomEq
Corporation Service Company, R.A.
1201 Hays Street
Tallahassee, FL 32301

Bank of New York Mellon, Inc.
c/o Gerald Hassell, CEO
1 Wall Street
New York, NY 10286

Bank of New York Mellon, Inc.
CT Corporation System, R.A.
1200 S. Island Road
Plantation, Florida 33324