**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **11-44974-RAM**

☐ 1st Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ______ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Luis Mallet
Last Four Digits of SS# xxx-xx-2024

CO-DEBTOR: Barbara Masoucos
Last Four Digits of SS# xxx-xx-0103

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of 60 months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

A. $ 205.10 for months 1 to 60 ;
B. $______ for months ______ to ______;
C. $______ for months ______ to ______ in order to pay the following creditors:

Administrative: Attorney's Fee $ 3,750.00 + $500.00 (motion to value) = $4,250.00
TOTAL PAID $2,000.00
Balance Due $ 2,250.00 payable $ 125.00 month (Months 1 to 18 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. n/a
Address ______

Arrearage on Petition Date $ ______
Arrears Payment $______/month (Months____ to ___)
Arrears Payment $______/month (Months____ to ___)
Regular Payment $______/month (Months____ to ___)

2. ______

Arrears Payment $______
Arrears Payment $______/month (Months____ to ___)
Regular Payment $______/month (Months____ to ___)
Arrears Payment $______/month (Months____ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Ocwen Loan Servicing<br>Loan No. 00717311<br>Prop Add: 7115 W 2nd Lane<br>Hialeah, FL 33014 | $119,670.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. n/a

Total Due $______
Payable $______/month (Months ____to ___)

Unsecured Creditors: Pay $ 59.59 month (Months 1 to 18 ). Pay $184.59/mo (Mos 19 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above :The debtors are paying Ocwen Loan Servicing (Loan#709265), Sun Trust Bank (Loan No. xxx8622), Trust MGT Service Group (Acct No. xxxxx2560) and Capital One Auto Finance (Loan No. xxxxx4418) directly outside the plan. The debtors surrender all interest in the timeshare financed with Celebration World Resort, OA (Loan No. xxxxx0852)

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for debtor
Date: 04/11/12